AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Cyrus Carr III, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:21-cv-5140 |
| Austin Powder Company, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Parties' Joint Motion (Doc. 52) is APPROVED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE. The Court retains jurisdiction over the action to enforce the terms of the Settlement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kimberly A. Jolson on a Motion for Order to Approve Settlement.

Date: 04/23/2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk